**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 66.65.77.239**

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/17/2017 09:38:47 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 08/05/2017 04:02:29 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 04/09/2017 18:53:59 | 315E16EBDF8619B6FA22156AC70F516929F35AA1 | Luvv Me Tender |
| 03/04/2017 20:02:55 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 03/04/2017 19:57:49 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 01/31/2017 01:05:10 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 12/17/2016 19:25:43 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 11/20/2016 14:48:54 | 5BB9A8FF90E9D9418437E0CFD8CA61A08353A11A | Rub Me The Right Way Too |
| 11/17/2016 03:12:06 | 0132B2E826E0D52940E25AF4A3DD91CD8D7BF296 | Bring Me To My Knees |
| 07/05/2016 23:54:21 | FA5F910815116883EBDDBB5BC00FD5F7A401FFD4 | Chloe In Couture |
| 10/03/2015 22:32:21 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 10/03/2015 21:39:33 | 82E90ADC0AFA25D0F6AC762F76278A1109C4FD08 | In Love With Little Caprice |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

SNY380