KEVIN T. CONWAY, ESQ.
ATTORNEY AT LAW
LICENSED IN
N.Y., N.J., C.T.

*664 Chestnut Ridge Road*
*Spring Valley, NY 10977*
*Tel: (845) 352-0206*
*Fax: (845) 352-0481*

*65 Route 4 East*
*River Edge, New Jersey 07661*
*Tel: (201) 525-1099*

March 27, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/18
```

Via Facsimile – 212-805-6382
The Honorable Victor Marrero
United States Courthouse
500 Pearl Street– Courtroom 11B
New York, NY 10007-1312

**Re:  1:17-cv-09144-VM, Malibu Media, LLC v. John Doe**
**ECF Document #18**

Dear Judge Marrero:

The undersigned represents the Plaintiff in the above captioned matter.

Malibu Media, LLC has multiple cases in SDNY. The Amended Complaint, which is document #18 on the docket of the above referenced case, was filed inadvertently and the undersigned is respectfully requesting that it be removed. It was subsequently filed in the correct case number 1:17-cv-09441-AKH.

We apologize to the Court for taking its time but greatly appreciate its assistance in promptly resolving this matter with the removal of document #18 from the docket.

Respectfully Submitted,

By:  /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
664 Chestnut Ridge Road
Spring Valley, New York 10977-6201
T: 845-352-0206
F: 845-352-0481
E-mail: kconway@ktclaw.com
*Attorneys for Plaintiff*



SO ORDERED. Request GRANTED. The Clerk of Court is directed to remove Docket No. 18 from the public entries on this action.
DATE 3-27-18  VICTOR MARRERO, U.S.D.J.