UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>[REDACTED],<br><br>Defendant. | Civil Action No. 1:17-cv-09144-VM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/12/18 |

## ORDER ON PLAINTIFF'S MOTION FOR PERMISSION
## TO FILE THE SUMMONS AND AMENDED COMPLAINT UNDER SEAL

THIS CAUSE came before the Court upon the Plaintiff's Motion for Permission to file the Summons and Amended Complaint under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff Motion is **GRANTED**. The Plaintiff may file the Summons and Amended Complaint under Seal.

**DONE AND ORDERED** this 12th day of April, 2018.

By: _____
Victor Marrero
UNITED STATES DISTRICT JUDGE

1